**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Earl KATES, Defendant–**
**Appellant.**

**No. 03–10144.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2003.

Christy Lee Drake, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

David Earl Kates, pro se, Beaumont, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

David Earl Kates, federal prisoner # 30428–077, appeals from the denial of his motion for reduction of his sentence. He argues that his offense level under United States Sentencing Guidelines § 4B1.1 was incorrectly calculated. Because the district court was without authority to modify the imposed term, the denial of the motion for a sentence reduction is AFFIRMED. *See United States v. Bridges,* 116 F.3d 1110, 1112 (5th Cir.1997). Kates' motion

---

to file his reply brief out-of-time is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.